



# MEMORANDUM OPINION

No. 04-12-00423-CR

**IN RE** Joe Rafael **JIMENEZ**, Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                 Sandee Bryan Marion, Justice
                 Rebecca Simmons, Justice

Delivered and Filed:  August 1, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On July 16, 2012, relator filed a petition for writ of mandamus.  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause Nos. 337651 and 077469, styled *The State of Texas v. Joe Rafael Jimenez, Jr.*, dismissed by the County Court at Law No. 8, Bexar County, Texas, the The Honorable Liza Rodriguez presiding.